```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                  CASE NO. 08 B 00983
   DERRICK HOWARD
                                        CHAPTER 13

                                        JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3766

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 01/17/2008 and was not confirmed.

      The case was dismissed without confirmation 03/17/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID            PAID
-------------------------------------------------------------------------------
OSI COLLECTIONS            UNSECURED          436.00           .00            .00
JP MORGAN CHASE BANK NA    UNSECURED         2403.86           .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          999.16           .00            .00
CHASE AUTO FINANCE         SECURED NOT I     6071.37           .00            .00
CHASE AUTO FINANCE         SECURED VEHIC        .00            .00            .00
CHASE AUTO FINANCE         UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED           .00            .00
HSBC                       UNSECURED       NOT FILED           .00            .00
PRO SE DEBTOR              DEBTOR ATTY          .00                           .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                        --------------     --------------
TOTALS                       .00                   .00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 00983 DERRICK HOWARD

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                                            /s/ Tom Vaughn

Dated: 06/25/08                  _____
                                               TOM VAUGHN
                                               CHAPTER 13 TRUSTEE